# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL SEARCY

NO. 2023 KW 0766

**OCTOBER 10, 2023**

---

In Re:    Michael Searcy, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 201238.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT